JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| JAMES R. WEGGE, JR., as Special Administrator of The Estate of Ann Gay K. Hovey<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CONTINENTAL CASUALTY COMPANY, a California Corporation, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: CV12-06632-R-E<br><br>**ORDER**<br><br>Complaint Filed: May 23, 2012<br>Removed: August 1, 2012<br>Hon. Manuel L. Real, Courtroom 8 |

### ORDER

Whereas the parties have stipulated to dismissal of this action with prejudice where each side bears its own costs.

IT IS SO ORDERED.

Dated: April 30, 2013__

By: _____
Hon. Manuel Real
United States District Judge

1

**STIPULATI [PROPOSED] ORDER**